UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

Eastern District of Kentucky
**FILED**

OCT 2 8 2013

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| WESLEY S. ANGLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 13-17-GFVT |
| v. | ) | |
| | ) | |
| KENTUCKY JUDICIAL BRANCH | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered on October 25, 2013 [R. 6], and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that:

(1) Judgment is **ENTERED** in favor of the defendant, the Kentucky Judicial Branch.

(2) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(3) The Court **CERTIFIES** that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

This October 28, 2013.



Signed By:
Gregory F. Van Tatenhove
United States District Judge